# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

SR 708-513

**Effective date of registration:**

October 5, 2012

## Title

**Title of Work:** War On Christmas

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** December 12, 2005    **Nation of 1st Publication:** United States

## Author

- **Author:** John Keith Emanuele
  **Author Created:** sound recording, performance, production, music
  **Citizen of:** United States    **Domiciled in:** United States
- **Author:** Richard Thomas Cupolo
  **Author Created:** sound recording, performance, production, music
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Yesh Music LLC
75-10 197 Street, 2nd Floor, Flushing, NY, 11366, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Yesh Music LLC
**Name:** John Keith Emanuele
**Email:** americandollarband@yahoo.com    **Telephone:** 646-552-3011
**Address:** 75-10 197 Street
2nd Floor
Flushing, NY 11366 United States

## Certification

Page 1 of 2

# COPYRIGHT ASSIGNMENT

Owner: Yesh Music LLC

Address: 15 Middleton Rd., Garden City, New York

     FOR GOOD AND VALUABLE CONSIDERATION, receipt and sufficiency of which is hereby acknowledged, Owner hereby transfers and assigns to Charming Beats LLC (hereafter "Company"), located at 2812 Hickory Ridge Drive, Lakeland, FL., and to Company's successors and assigns in perpetuity, One Hundred Percent (100%) of the entire right, title and interest in and to:

1. the entire copyright to the below works (hereafter, "the Works");

     A LONG GOODBYE – SELF-TITLED ALBUM BONUS TRACK
     A MEMORY STREAM
     AMBIENT ONE
     AMBIENT TWO
     AMBIENT THREE
     ATLAS
     AWAKE IN THE CITY
     BSIDES
     FROM THE INLAND SEA
     LIVE IN BROOKLYN
     NEAR EAST – ATLAS BONUS TRACK
     THE AMERICAN DOLLAR
     THE TECHNICOLOUR SLEEP
     4 BC
     CHILL KINGDOM
     WUDAO
     LOST SYMPHONY
     HIGH SUNSET
     LOOKING UP, WE DANCED
     GUIDED BY THE GLOWING SEA
     CAROUSEL
     PATH OF TOTALITY
     THUNDER RISING
     A SERIOUS QUESTION
     A MOMENT BETWEEN US
     EVERYTHING
     UP
     ACROBATS
     DISTANCE TO GIBRALTAR
     DREAMSCAPE
     EYES CLOSING
     FALLS
     GHOSTS
     MIND DRIFTING
     MOSAIC

    NEIGHBORHOOD
    PARAGON
    PAUSE
    SEA OF ROSES
    UNDER A WARM RAIN, ET AL. (LOFI DIMENSIONS)
    VONDELPARK (NOON)
    VONDELPARK (NIGHT)
    WAKE UP SUMMER
    AGE OF WONDER
    AGE OF WONDER (AMBIENT)
    ANYTHING YOU SYNTHESIZE (AMBIENT)
    ANYTHING YOU SYNTHESIZE
    AS WE FLOAT
    AS WE FLOAT (AMBIENT)
    BUMP (AMBIENT)
    BUMP
    CALL
    CAMBIAN
    CHASE
    CHILLPOINT BREAK
    CIRCUITS
    CIRCUITS (AMBIENT)
    CLONES
    CROSSING ASIA
    CROSSING ASIA (AMBIENT)
    DAYTRIP
    DEA (AMBIENT)
    DEA
    EQUINOX
    EQUINOX (AMBIENT)
    ESCAPIST
    ETHER CHANNELS
    ETHER CHANNELS (AMBIENT)
    EVERYONE GETS SHOT
    FACES IN THE HAZE
    FACES IN THE HAZE (AMBIENT)
    FACES IN THE HAZE (FILM EDIT)
    FADE IN OUT
    FADE IN OUT (AMBIENT)
    FAR ADRIFT
    A FEW WORDS
    A FEW WORDS (AMBIENT)
    FIRST DAY
    FIRST DAY (AMBIENT)
    FLOOD
    FLOOD (AMBIENT)

- FRIENDS OF FRIENDS
- FRIENDS OF FRIENDS (AMBIENT)
- FRONTIER MELT
- GLOW
- HEAVY EYES IGNITE
- HEAVY EYES IGNITE (AMBIENT)
- INTERMISSION
- INTRO
- LANDING (AMBIENT)
- LANDING
- LIGHTS DIM (AMBIENT)
- LIGHTS DIM
- A LONG GOODBYE
- LONG MARCH
- NEAR EAST (AMBIENT)
- NEAR EAST
- OIL AND WATER
- OIL AND WATER (AMBIENT)
- ORACLE
- ORACLE (AMBIENT)
- OUR HEARTS ARE READ
- PALESTINE
- PAR AVION
- PAR AVION (AMBIENT)
- PETERSON
- RAIDED BY WAVES
- RED LETTER
- RED LETTER (AMBIENT)
- RUDIMENTS OF A SPIRITUAL LIFE (AMBIENT)
- RUDIMENTS OF A SPIRITUAL LIFE
- SANDS
- SCHIPOL
- SECOND SIGHT
- SECOND SIGHT (AMBIENT)
- SEPARATE BUT EQUAL
- SHADOWS
- SHADOWS (AMBIENT)
- SIGNALING THROUGH THE FLAMES (AMBIENT)
- SIGNALING THROUGH THE FLAMES
- SIGNALING THROUGH THE FLAMES (FILM EDIT)
- THE SLOW WAIT (PART ONE)
- THE SLOW WAIT (PART TWO)
- THE SLOW WAIT (PART ONE) (AMBIENT)
- THE SLOW WAIT (PART TWO) (AMBIENT)
- SOMNAMBULANCE
- STARSCAPES (AMBIENT)

    STARSCAPES
    STEELTOWN (AMBIENT)
    STEELTOWN (PART ONE)
    STEELTOWN (PART TWO)
    STRINGS
    STRINGS (AMBIENT)
    SUMMER OF WAR
    SUPERNOVA LANDSLIDE
    THE SWAMP
    THE TECHNICOLOUR SLEEP
    THOMPSON
    TIME (AMBIENT)
    TIME
    TIME (FILM EDIT)
    TONIGHT, LET'S ALL MAKE LOVE IN LONDON
    TRANSCENDENCE (AMBIENT)
    TRANSCENDENCE
    TWELVE DAYS AWAKE
    UNDERGROUND
    URBANA
    URBANA (AMBIENT)
    WAR ON CHRISTMAS
    WE'RE HITTING EVERYTHING (AMBIENT)
    WE'RE HITTING EVERYTHING
    WHERE WE ARE (AMBIENT)
    WHERE WE ARE
    MIRROR VOYAGE
    COSMIC WAVE
    LOFI DIMENSIONS 2

2. the Owner's interest in and to the below Copyright Registrations, along with any renewals and extensions thereof, relating to the Works;

| COPYRIGHT REG. NO. | TITLE OF COPYRIGHTED WORK |
|---|---|
| PAu 3-452-712 | A MEMORY STREAM |
| SR 677-648 | AMBIENT ONE |
| SR 679-263 | AMBIENT TWO |
| SRu 1-084-375 | AMBIENT THREE |
| SR 677-194 | ATLAS |
| SR 677-647 | FROM THE INLAND SEA |
| SR 677-646 | LIVE IN BROOKLYN |
| PA 1-306-744 | THE AMERICAN DOLLAR |
| PA 1-346-426 | THE TECHNICOLOUR SLEEP |
| SRu 1-278-417 | 4 BC |

| | |
|---|---|
| SR 795-327 | CHILL KINGDOM |
| SR 796-458 | WUDAO |
| SR 798-499 | LOST SYMPHONY |
| SR 801-234 | HIGH SUNSET |
| SR 803-421 | LOOKING UP, WE DANCED |
| SR 804-344 | GUIDED BY THE GLOWING SEA |
| SR 806-312 | CAROUSEL |
| SR 808-109 | PATH OF TOTALITY |
| SR 808-786 | THUNDER RISING |
| SR 809-389 | A SERIOUS QUESTION |
| SR 810-547 | A MOMENT BETWEEN US |
| SR 811-469 | EVERYTHING |
| SR 813-285 | UP |
| SRu 1232326 | ACROBATS |
| SRu 1232320 | DISTANCE TO GIBRALTAR |
| SR 848018 | DREAMSCAPE |
| SR 848013 | EYES CLOSING |
| SRu 1232318 | FALLS |
| SRu 1232312 | GHOSTS |
| SR 848014 | MIND DRIFTING |
| SRu 1232321 | MOSAIC |
| SRu 1232324 | NEIGHBORHOOD |
| SRu 1232323 | PARAGON |
| SRu 1232311 | PAUSE |
| SRu 1417220 | SEA OF ROSES |
| SR 870953 | UNDER A WARM RAIN, ET AL. |
| SRu 1232329 | VONDELPARK (NOON) |
| SRu 1232331 | VONDELPARK (NIGHT) |
| SRu 1232314 | WAKE UP SUMMER |
| SR 713-231 | AGE OF WONDER |
| SR 713-737 | AGE OF WONDER (AMBIENT) |
| SR 713-314 | ANYTHING YOU SYNTHESIZE (AMBIENT) |
| SR 713-287 | ANYTHING YOU SYNTHESIZE |
| SR 708-480 | AS WE FLOAT |
| SR 708-466 | AS WE FLOAT (AMBIENT) |
| SR 713-301 | BUMP (AMBIENT) |
| SR 713-282 | BUMP |
| SR 713-281 | CALL |
| SR 708-510 | CAMBIAN |

SR 713-291
SR 708-528
SR 713-237
SR 713-745
SR 713-238

| | |
|---|---|
| SR 713-291 | CHASE |
| SR 708-528 | CHILLPOINT BREAK |
| SR 713-237 | CIRCUITS |
| SR 713-745 | CIRCUITS (AMBIENT) |
| SR 713-238 | CLONES |
| SR 708-486 | CROSSING ASIA |
| SR 708-465 | CROSSING ASIA (AMBIENT) |
| SR 708-497 | DAYTRIP |
| SR 713-303 | DEA (AMBIENT) |
| SR 713-226 | DEA |
| SR 713-239 | EQUINOX |
| SR 713-747 | EQUINOX (AMBIENT) |
| SR 713-278 | ESCAPIST |
| SR 708-489 | ETHER CHANNELS |
| SR 708-538 | ETHER CHANNELS (AMBIENT) |
| SR 708-504 | EVERYONE GETS SHOT |
| SR 708-492 | FACES IN THE HAZE |
| SR 708-494 | FACES IN THE HAZE (AMBIENT) |
| SR 708-458 | FACES IN THE HAZE (FILM EDIT) |
| SR 713-232 | FADE IN OUT |
| SR 713-739 | FADE IN OUT (AMBIENT) |
| SR 708-460 | FAR ADRIFT |
| SR 713-230 | A FEW WORDS |
| SR 713-735 | A FEW WORDS (AMBIENT) |
| SR 708-490 | FIRST DAY |
| SR 708-540 | FIRST DAY (AMBIENT) |
| SR 713-277 | FLOOD |
| SR 713-752 | FLOOD (AMBIENT) |
| SR 708-477 | FRIENDS OF FRIENDS |
| SR 708-463 | FRIENDS OF FRIENDS (AMBIENT) |
| SR 713-276 | FRONTIER MELT |
| SR 708-511 | GLOW |
| SR 708-491 | HEAVY EYES IGNITE |
| SR 708-473 | HEAVY EYES IGNITE (AMBIENT) |
| SR 713-283 | INTERMISSION |
| SR 713-290 | INTRO |
| SR 713-756 | LANDING (AMBIENT) |
| SR 708-547 | LANDING |
| SR 713-321 | LIGHTS DIM (AMBIENT) |
| SR 713-284 | LIGHTS DIM |

| | |
|---|---|
| SR 713-763 | A LONG GOODBYE |
| SR 713-217 | LONG MARCH |
| SR 713-755 | NEAR EAST (AMBIENT) |
| SR 713-764 | NEAR EAST |
| SR 713-234 | OIL AND WATER |
| SR 713-743 | OIL AND WATER (AMBIENT) |
| SR 708-475 | ORACLE |
| SR 708-467 | ORACLE (AMBIENT) |
| SR 713-286 | OUR HEARTS ARE READ |
| SR 713-228 | PALESTINE |
| SR 708-493 | PAR AVION |
| SR 708-470 | PAR AVION (AMBIENT) |
| SR 713-220 | PETERSON |
| SR 713-227 | RAIDED BY WAVES |
| SR 713-235 | RED LETTER |
| SR 713-746 | RED LETTER (AMBIENT) |
| SR 713-307 | RUDIMENTS OF A SPIRITUAL LIFE (AMBIENT) |
| SR 708-503 | RUDIMENTS OF A SPIRITUAL LIFE |
| SR 708-461 | SANDS |
| SR 708-548 | SCHIPOL |
| SR 713-241 | SECOND SIGHT |
| SR 713-749 | SECOND SIGHT (AMBIENT) |
| SR 713-218 | SEPARATE BUT EQUAL |
| SR 713-233 | SHADOWS |
| SR 713-740 | SHADOWS (AMBIENT) |
| SR 713-308 | SIGNALING THROUGH THE FLAMES (AMBIENT) |
| SR 708-500 | SIGNALING THROUGH THE FLAMES |
| SR 713-318 | SIGNALING THROUGH THE FLAMES (FILM EDIT) |
| SR 713-279 | THE SLOW WAIT (PART ONE) |
| SR 713-280 | THE SLOW WAIT (PART TWO) |
| SR 713-311 | THE SLOW WAIT (PART ONE) (AMBIENT) |
| SR 713-313 | THE SLOW WAIT (PART TWO) (AMBIENT) |
| SR 708-508 | SOMNAMBULANCE |
| SR 713-297 | STARSCAPES (AMBIENT) |
| SR 713-289 | STARSCAPES |
| SR 708-541 | STEELTOWN (AMBIENT) |

| | |
|---|---|
| SR 708-536 | STEELTOWN (PART ONE) |
| SR 708-488 | STEELTOWN (PART TWO) |
| SR 708-487 | STRINGS |
| SR 708-472 | STRINGS (AMBIENT) |
| SR 713-225 | SUMMER OF WAR |
| SR 713-223 | SUPERNOVA LANDSLIDE |
| SR 713-222 | THE SWAMP |
| SR 708-501 | THE TECHNICOLOUR SLEEP |
| SR 713-221 | THOMPSON |
| SR 713-315 | TIME (AMBIENT) |
| SR 713-225 | TIME |
| SR 713-319 | TIME (FILM EDIT) |
| SR 708-499 | TONIGHT, LET'S ALL MAKE LOVE IN LONDON |
| SR 713-316 | TRANSCENDENCE (AMBIENT) |
| SR 713-285 | TRANSCENDENCE |
| SR 708-514 | TWELVE DAYS AWAKE |
| SR 708-457 | UNDERGROUND |
| SR 708-478 | URBANA |
| SR 708-464 | URBANA (AMBIENT) |
| SR 708-513 | WAR ON CHRISTMAS |
| SR 713-305 | WE'RE HITTING EVERYTHING (AMBIENT) |
| SR 713-288 | WE'RE HITTING EVERYTHING |
| SR 713-759 | WHERE WE ARE (AMBIENT) |
| SR 708-549 | WHERE WE ARE |
| SR0000893216 | MIRROR VOYAGE |
| SR0000886380 | COSMIC WAVE |
| SR0000888981 | LOFI DIMENSIONS 2 |

3. any copyright applications presently pending at the time of execution of this agreement and any resulting registrations therefrom;

4. all works based upon, derived from, or incorporating the Works;

5. all income, royalties, damages, claims and payments now or hereafter due or payable with respect to the Works;

6. all causes of action, either in law or in equity, for past, present, or future infringement of copyright related to the Works, and

7. all rights corresponding to any of the foregoing, throughout the world.

All authorship of the Works, including music, lyrics, recording production, sound recordings, performance rights and any and all other authorship interests of any kind are hereby transferred to the Company.

This Assignment includes the assignment of all rights, including copyright, to any modifications or other alterations to the Works that the Owner makes under this Agreement or any other agreement between Owner and the Company.

IN WITNESS THEREOF, Owner duly executes this Agreement.

By: _____
John Keith Emanuele on behalf of Owner

8/30/21
Date

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF Queens     )

Before me on this 30 day of August, 2021, personally appeared John Keith Emanuele, to me known to be the person who is described in and who executed the foregoing assignment instrument and acknowledged to me that he executed the same of his own free will for the purpose therein express.

_____
NOTARY PUBLIC

