```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

|  |  |
|---|---|
| CHARMING BEATS LLC,<br><br>                    Plaintiff,<br><br>            v.<br><br>TOWNSQUARE MEDIA, INC., *et al.*,<br><br>                    Defendants. | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED:<br><br>No.  22-CV-2202 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Plaintiff Charming Beats LLC filed this action on March 17, 2022. Plaintiff subsequently filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to Defendant Buzzfeed, Inc. Buzzfeed was terminated from the action, but the case remained pending against six Defendants, Townsquare Media, Inc., Group Nine Media, Inc., Good Worldwide, Inc., Davler Media Group, LLC, Open Culture LLC, Culture Map LLC.

The Court directed the parties to appear for an initial pretrial conference on June 17, 2022 at 12:00 p.m., but no party appeared at the conference. Further, Plaintiff has failed to provide proof of service as to the remaining Defendants.

If Plaintiff plans to continue this lawsuit, it shall file a letter by June 24, 2022, affirming that it intends to prosecute this case and explaining the failure to timely file proof of service. **Failure to do so will result in dismissal of this action**, either pursuant to Federal Rule of Civil Procedure 4(m) or Federal Rule of Civil Procedure 41(b). *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (stating a district court may dismiss an action *sua sponte* for failure to prosecute after notifying plaintiff).

SO ORDERED.

Dated:    June 17, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge